**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

**In Re:  Dorothy Mae Winfree**                )          **CASE NO. 24-33444-BFK**
                                                                  )          **Chapter 13**

        AKA:  Dorothy Scott Winfree
        DBA:  K&N Hauling

        Debtor Address(es):  10119 Castile Road, Apt C
                                          Henrico, VA  23238

        Last four digits of Social Security No(s).:   2624

### MOTION TO DISMISS, NOTICE OF MOTION AND NOTICE OF THE HEARING

        **NOW COMES** the Chapter 13 Trustee and moves this Court to dismiss this case as provided in 11 U.S.C. 1307(c)(6) as the Debtor(s) are in default in making the payments under the plan.

        Michael R Jones, Chapter 13 Trustee, has filed papers with the court to dismiss this case.

        **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

        If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before seven (7) days before the date of the hearing, you or your attorney must:

Susan H. Call, Esquire
Staff Counsel for Michael R Jones
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSB #34367

   X   File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated below.

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, VA  23219

> You must also mail a copy to:
> Michael R Jones, Chapter 13 Trustee
> Chapter 13 Trustee
> P.O. Box 1819
> Richmond, VA  23218

     Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

   X   Attend the hearing on the motion scheduled to be held on **May 27, 2026** at **11:00 AM** at United States Bankruptcy Court, **701 East Broad Street, Richmond, VA 23219, Room 5000**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: <u>March 24, 2026</u>

> /s/ Susan H. Call
> Susan H. Call, Counsel for
> Michael R Jones
> Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for Michael R Jones
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSB #34367

<u>Certificate of Service</u>

I hereby certify that I have this **24th day of March, 2026**, by mail, hand or electronically delivered a true copy of the foregoing Notice of Motion and Motion to the debtor(s) **Dorothy Mae Winfree, 10119 Castile Road, Apt C, Henrico, VA   23238** and debtor(s) attorney, **Veronica D. Brown-Moseley, via e-mail:** .

/s/ Susan H. Call
_____
Susan H. Call, Counsel for
Michael R Jones
Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for Michael R Jones
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218
(804)237-6800
VSB #34367